| Name of Claimant | Unit No. | Date of Purchase Agreement | Date Proceeding Filed | Adversary Proceeding/District Court Civil Case No. | Docket No. of Proof of Claim and Date Filed | Docket No. of Objection to Proof of Claim and Date Filed | Date Unit Completed | Signed date to Completed Date in Years | "Estimated Closing Date" | Pre 2006 Contract or Post 2006 Contract |
|---|---|---|---|---|---|---|---|---|---|---|
| Bloe, Chancelle | 103 | 9/29/2005 | 4/1/2009 | 6:09-ap-49 (Bankr. M.D. Fla.) | #69 - 5/21/2009 | #195 - 7/29/2009 | 5/7/2008 | 2.6 | 4/30/2007 | Pre 2006 |
| Brearley, James Brearley, Joanne | 116 | 6/7/2007 | 4/1/2009 | 6:09-ap-49 (Bankr. M.D. Fla.) | #65 - 5/21/2009 | #214 - 7/29/2009 | 5/7/2008 | 0.9 | 9/2007 | Post 2006 |
| Ajogbasile, Mosunmola & Staples, Gracie Hill | 124 | 9/25/2005 | 2/25/2009 | 6:09-ap-49 (Bankr. M.D. Fla.) | #59 - 5/21/2009 | #246 - 7/29/2009 | 5/7/2008 | 2.6 | 4/30/2007 | Pre 2006 |
| Richards, Nathaniel Dean Richards, Jene Martins Scott, Brenda Scott, Gilbert | 125 | 9/24/2005 | 2/25/2009 | 6:09-ap-49 (Bankr. M.D. Fla.) | #61 - 5/21/2009 | #244 - 7/29/2009 | 5/7/2008 | 2.6 | 4/30/2007 | Pre 2006 |
| Flaugher, Sean Lenihan, Patrick | 140 | 10/3/2005 | 8/18/2008 | 6:08-cv-1415 (M.D. Fla.) | #55 - 5/21/2009 | #242 - 7/29/2009 | 5/7/2008 | 2.5 | 4/30/2007 | Pre 2006 |
| Ormson, Robert Ormson, Susan | 218 | 2/27/2006 | 2/25/2009 | 6:09-ap-49 (Bankr. M.D. Fla.) | #63 - 5/21/2009 | #180 - 7/29/2009 | 5/7/2008 | 2.19 | 4/2007 | Pre 2006 |
| Marklew, Clive Marklew, Jessica | 219 | 11/10/2005 | 4/1/2009 | 6:09-ap-49 (Bankr. M.D. Fla.) | #64 - 5/21/2009 | #211 - 7/29/2009 | 5/7/2008 | 2.49 | 4/2007 | Pre 2006 |
| Crovetto, Giovanni Vinueza, Vincent | 221 | 1/17/2006 | 1/14/2009 | 6:09-cv-95 (M.D. Fla.) | #56 - 5/21/2009 | #243 - 7/29/2009 | 5/7/2008 | 2.3 | 4/2007 | Pre 2006 |
| Reardon, Krystyn | 226 | 9/29/2005 | 5/6/2008 | 6:08-cv-739 (M.D. Fla.) | #51 - 5/21/2009 | #181 - 7/29/2009 | 5/7/2008 | 2.61 | 4/30/2007 | Pre 2006 |
| Byrne, Anne Marie Byrne, Maurice | 319* | 4/29/2007 | 2/25/2009 | 6:09-ap-49 (Bankr. M.D. Fla.) | #58 - 5/21/2009 | #222 - 7/29/2009 | 5/7/2008 | 1.02 | 9/2007 | Post 2006 |
| Augland, Olvind | 304 | 2/27/2007 | 4/1/2009 | 6:09-ap-49 (Bankr. M.D. Fla.) | #68 - 5/21/2009 | #215 - 7/29/2009 | 5/7/2008 | 1.19 | 9/2007 | Post 2006 |
| Owen, Gregory | 306 | 9/30/2005 | 2/25/2009 | 6:06-ap-49 (Bankr. M.D. Fla.) | #60 - 5/21/2009 | #248 - 7/29/2009 | 5/7/2008 | 2.6 | 4/30/2007 | Post 2006 |
| Askeland, Morten | 320 | 2/27/2007 | 4/1/2009 | 6:09-ap-49 (Bankr. M.D. Fla.) | #71 - 5/21/2009 | #216 - 7/29/2009 | 5/7/2008 | 1.19 | 9/2007 | Post 2006 |
| Carlson, Noreen | 347 | 9/26/2005 | 5/6/2008 | 6:08-cv-737 M.D. Fla.) | #48 - 5/21/209 | #210 - 7/29/2009 | 5/7/2008 | 2.61 | 4/30/2007 | Pre 2006 |
| Halbeck, Eric Honcharik, Michael | 418 | 9/29/2005 | 5/6/2008 | 6:08-cv-738 (M.D. Fla.) | #50 - 5/21/2009 | #182 - 7/29/2009 | 5/7/2008 | 2.61 | 4/30/2007 | Pre 2006 |
| Lynch, Charles | 439 | 9/22/2005 | 5/6/2008 | 6:08-cv-736 (M.D. Fla.) | #52 - 5/21/2009 | #207 - 7/29/2009 | 5/7/2008 | 2.62 | 4/30/2007 | Pre 2006 |
| Savino, Anthony | 511 536 | 10/28/2005 | 6/6/2008 | 6:08-cv-902 (M.D. Fla.) | #53 - 5/21/2009 | #239 - 7/29/2009 | 5/7/2008 | 2.53 | 4/2007 4/2007 | Pre 2006 Pre 2006 |
| Han, Hong Ju | 512 | 10/3/2005 | 4/1/2009 | 6:09-ap-49 (Bankr. M.D. Fla.) | #72 - 5/21/2009 | #194 - 7/29/2009 | 5/7/2008 | 2.59 | 4/30/2007 | Pre 2006 |
| Holden, Jacqueline Holden, Paul | 515 | 10/11/2005 | 2/25/2009 | 6:09-ap-49 (Bankr. M.D. Fla.) | #62 - 5/21/2009 | #247 - 7/29/2009 | 5/7/2008 | 2.57 | 4/30/2007 | Pre 2006 |
| O'Sullivan, Dennis O'Sullivan, Kathryn | 517 | 9/28/2005 | 5/6/2008 | 6:08-cv-735 (M.D. Fla.) | #49 - 5/21/2009 | #183 - 7/29/2009 | 5/7/2008 | 2.61 | 4/30/2007 | Pre 2006 |
| Bruno, Laura | 535 | 9/26/2005 | 2/25/2009 | 6:09-ap-49 (Bankr. M.D. Fla.) | #57 - 5/21/209 | #250 - 7/29/2009 | 5/7/2008 | 2.61 | 4/30/2007 | Pre 2006 |
| Booth, Jason, Deiulio, William Mondello, Anthony | 538 | 10/28/2005 | 7/30/2008 | 6:08-cv-1264 (M.D. Fla.) | #54 - 5/21/2009 | #238 - 7/29/2009 | 5/7/2008 | 2.53 | 4/2007 | Pre 2006 |

* Initianl Contract: Unit 303 and 319; Per Amendment Dated 5/30/08, Now only Unit 319

| Name of Claimant | Unit No. | Purchase Price | Signing Date | Deposit Amount | Date of Deposit | Contract Attached to Amended Complaint as |
|---|---|---|---|---|---|---|
| Bloe, Chancelle | 103 | $299,000.00 | 9/29/2005 | $49,850.00 | $5,000 - 5/31/05, $30,950 - 9/29/05 $13,900 - 12/31/05 | Exhibit 21 |
| Brearley, James Brearley, Joanne | 116 | $500,000.00 | 6/7/2007 | $100,000.00 | $5,000 - 5/16/07, $95,000 - 6/12/07 | Exhibit 9 |
| Ajogbasile, Mosunmola & Staples, Gracie Hill | 124 | $349,000.00 | 9/25/2005 | $52,350.00 | $15,000 - 4/28/05, $24,900 - 6/21/05 $14,950 - 9/27/05 | Exhibit 3 |
| Richards, Nathaniel Dean Richards, Jene Martins Scott, Brenda Scott, Gilbert | 125 | $349,000.00 | 9/24/2005 | $54,850.00 | $5,000 - 4/28/05, $34,900 - 7/6/05 $14,950 - 9/28/05 | Exhibit 7 |
| Flaugher, Sean Lenihan, Patrick | 140 | $360,000.00 | 10/3/2005 | $54,000.00 | $36,000 - 10/3/05, $18,000 - 10/31/05 | Exhibit 18 |
| Ormson, Robert Ormson, Susan | 218 | $414,000.00 | 2/27/2006 | $82,800.00 | $7,500 - 2/15/06, $75,300 - 3/8/06 | Exhibit 6 |
| Marklew, Clive Marklew, Jessica | 219 | $414,000.00 | 11/10/2005 | $62,100.00 | $7,500 - 11/8/05. $54,600 - 11/21/05 | Exhibit 8 |
| Crovetto, Giovanni Vinueza, Vincent | 221 | $414,000.00 | 1/17/2006 | $62,100.00 | $7,500 - 1/17/06, $23,550 - 1/18/06 $31,050 - 2/6/06 | Exhibit 19 |
| Reardon, Krystyn | 226 | $314,000.00 | 9/29/2005 | $47,100.00 | $31,400 - 7/8/05, $15,700 - 9/29/05 | Exhibit 13 |
| Byrne, Anne Marie Byrne, Maurice | 319* | $510,000.00 | 4/29/2007 | $88,500.00 | $10,000 - 4/30/07, $78,500 - 5/17/07 | Exhibit 2 |
| Augland, Olvind | 304 | $355,000.00 | 2/27/2007 | $71,000.00 | $5,000 - 2/27/07, $66,000 - 3/21/07 | Exhibit 20 |
| Owen, Gregory | 306 | $299,000.00 | 9/30/2005 | $44,850.00 | $5,000 - 5/12/05, $5,000 - 5/17/05 $37,900 - 7/25/05 | Exhibit 4 |
| Askeland, Morten | 320 | $490,000.00 | 2/27/2007 | $98,000.00 | $5,000 - 2/28/07, $93,000 - 3/26/07 | Exhibit 22 |
| Carlson, Noreen | 347 | $359,100.00 | 9/26/2005 | $53,865.00 | $5,000 - 5/6/05, $30,900 - 6/17/05 $17,965 - 9/26/05 | Exhibit 10 |
| Halbeck, Eric Honcharik, Michael | 418 | $359,100.00 | 9/29/2005 | $53,865.00 | $5,000 - 5/9/05, $30,900 - 6/7/05 $17,965 - 9/29/05 | Exhibit 12 |
| Lynch, Charles | 439 | $359,100.00 | 9/22/2005 | $53,865.00 | $35,900 - 9/22/05, $17,965 - 9/30/05 | Exhibit 14 |
| Savino, Anthony | 511 536 | $359,000.00 $374,000.00 | 10/28/2005 10/28/2005 | $53,850.00 $56,100.00 | $10,000 - 9/13/05, $30,000 - 10/12/05 $69,950 - 11/1/05 | Exhibit 15 |
| Han, Hong Ju | 512 | $399,000.00 | 10/3/2005 | $59,850.00 | $5,000 - 4/28/05, $40,900 - 6/14/05 $13,950 - 10/12/05 | Exhibit 23 |
| Holden, Jacqueline Holden, Paul | 515 | $429,000.00 | 10/11/2005 | $64,350.00 | $5,000 - 5/12/05, $21,360 - 5/15/05 $37,990 - 8/9/05 | Exhibit 5 |
| O'Sullivan, Dennis O'Sullivan, Kathryn | 517 | $404,100.00 | 9/28/2005 | $60,615.00 | $5,000 - 5/9/05, $35,400 - 6/14/05 $20,215 - 10/4/05 | Exhibit 11 |
| Bruno, Laura | 535 | $269,100.00 | 9/26/2005 | $40,365.00 | $5,000 - 5/9/05, $21,910 - 6/2/05 $13,455 - 9/26/05 | Exhibit 1 |
| Booth, Jason, Deiulio, William Mondello, Anthony | 538 | $464,000.00 | 10/28/2005 | $69,600.00 | $5,000 - 9/7/05, $15,000 - 10/4/05 $49,600 - 10/28/05 | Exhibit 17 |
| **Total:** | | | | **$1,433,825.00** | | |