UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                            Case No. 6–09–bk–458–KSJ
                                                      Chapter 11

Mona Lisa at Celebration, LLC

         <u>         Debtor(s)        </u>/

Laura Bruno

et al

                 Plaintiff(s)
                                                     Adv. Pro. No. 6:09–ap–00049–KSJ

vs.

Mona Lisa at Celebration, LLC

et al

         <u>         Defendant(s)        </u>/

<u>ORDER UPON FILING OF MOTION FOR SUMMARY JUDGMENT</u>

      THIS ADVERSARY PROCEEDING is before the Court on a motion for summary judgment. The Court notifies the parties that any response in opposition to the motion should be filed **no later than 28 days after the date of service of this order**. *Milburn v. United States, 734 F.2d, 762, 765 (11th Cir. 1984); Fed. R. Civ. P. 56(c), (e); Fed. R. Bankr. P. 7056*. Until that date, the parties may file affidavits or other documents within the purview of Fed. R. Civ. P. 56 and Fed. R. Bankr. P. 7056 to support or oppose the motion. Should the Court take the matter under advisement at a later date, the Court advises that an adverse party may not rely solely on the mere allegations or denials of the pleadings, but must set forth specific facts, by affidavits or other documents within the purview of Fed. R. Civ. P. 56 and Fed. R. Bankr. P. 7056, showing that a genuine issue for trial exists; otherwise, the Court shall enter summary judgment, if appropriate, against the adverse party. Fed. R. Civ. P. 56(e); Fed. R. Bankr. P. 7056; *accord Griffith v. Wainright,* 772 F.2d 822, 825 (11th Cir. 1985). This order applies to pro se litigants as well as parties represented by counsel.

      DONE AND ORDERED on January 22, 2010 .

*[signature: Karen S. Jennemann]*

_____
Karen S. Jennemann
United States Bankruptcy Judge